FILED IN OPEN COURT

ON 10/29/12

Julie A. Richards, Clerk
US District Court
Eastern District of NC

# UNITED STATES DISTRICT COURT

EASTERN _____ DISTRICT OF _____ NORTH CAROLINA

UNITED STATES OF AMERICA

V.

PURNELL WOOD

**ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**

CASE NUMBER:  5:12-MJ-1917 _____

CHARGING DISTRICTS
CASE NUMBER:  3:12-CR-239-FDW

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the

_____ WESTERN _____ District of _____ NORTH CAROLINA _____ ; and that the Clerk of Court shall transfer bail

deposited into the Registry of this Court, to the Clerk of the _____

*Place and Address*

, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required.  The defendant shall next appear at (if blank, to be notified) on TO BE NOTIFIED                                                                  .

*Date and Time*

_____
*Signature of Judge*

29 October 2012
*Date*

JAMES E. GATES, USMJ
*Name and Title of Judge*